478 A.2d 88

Commonwealth v. Stears, Appellant.

Submitted March 29, 1984. Charles R. Witaconis, Assistant

618

Public Defender, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

Judgment of sentence affirmed.